LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, Esq.
Nevada Bar No. 12383
PETER E. DUNKLEY, ESQ.
Nevada Bar No.11110
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
JGarin@lipsonneilson.com
JGreen@lipsonneilson.com
PDunkley@lipsonneilson.com

*Attorneys for Defendant Engineering Support Personnel, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA FRANKLIN, | Case No: 3:20-cv-00698-RCJ-WGC |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO RESPOND TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT** |
| vs. | |
| ENGINEERING SUPPORT PERSONNEL, INC. | (FIRST REQUEST) |
| Defendants. | |

Defendant Engineering Support Personnel, Inc., by and through its counsel of record, the law offices of LIPSON NEILSON P.C., and Plaintiff, Diana Franklin, by and through her counsel of record, Terri Keyser-Cooper, hereby submit this Stipulation and Proposed Order pursuant to LR IA 6-1 and states as follows:

\\
\\
\\
\\

ESP filed a motion to dismiss or in the alternative, for summary judgment, on February 22, 2021 (ECF No. 7). The e-filing response deadline is set for March 8, 2021 (ECF No. 7). Because the motion is styled as "in the alternative for summary judgment," to permit Plaintiff sufficient to respond, the parties stipulate to extend the response time from March 8, 2021 to March 29, 2021.

Current deadline:		March 8, 2021

Proposed deadline:		March 29, 2021

DATED this 24th day of February, 2021.

LIPSON NEILSON P.C.

By*:*   */s/ Peter E. Dunkley*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, Esq.
Nevada Bar No. 12383
PETER E. DUNKLEY, ESQ.
Nevada Bar No.11110
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500

*Attorneys for Defendant Engineering Support Personnel, Inc*

DATED this 24th day of February, 2021.

LAW OFFICE OF TERRI KEYSER-COOPER

By*:*  */s/Terri H. Keyser-Cooper*
TERRI H. KEYSER-COOPER, ESQ.
Nevada Bar No. 3984
125 Edgewater Parkway
Reno, NV 89519
(775) 337-0323

*Attorney for Plaintiff Diana Franklin*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 25, 2021.