**LIPSON NEILSON P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500     Facsimile: (702) 382-1512

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DIANA FRANKLIN,

                Plaintiffs,

   vs.

ENGINEERING SUPPORT
PERSONNEL, INC.

               Defendants.

_____

) Case No: 3:20-cv-00698-RCJ-WGC
)
) **ORDER EXTENDING DEADLINE**
) **TO REPLY TO RESPONSE**
) **TO MOTION TO DISMISS OR**
) **FOR SUMMARY JUDGMENT**
) **(FIRST REQUEST)**
)
)
)
)
)
)

       Defendant Engineering Support Personnel, Inc., by and through its counsel of record, the law offices of LIPSON NEILSON P.C., and Plaintiff, Diana Franklin, by and through her counsel of record, Terri Keyser-Cooper, hereby submit this Stipulation and Proposed Order pursuant to LR IA 6-1 and states as follows:

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

1    ESP filed a motion to dismiss or in the alternative, for summary judgment, on February

2    22, 2021 (ECF No. 7).  The e-filing response deadline is set for March 8, 2021 (ECF No. 7).

3    Because the motion is styled as "in the alternative for summary judgment," to permit Plaintiff

4    sufficient time to respond, the parties stipulated to extend the response time from March 8,

5    2021 to March 29, 2021 (ECF No. 11).

6    Plaintiff filed a response on March 16, 2021 (ECF No. 12).  The court's automatically

7    generated deadline to reply was 3/23/2021.  Both the initial motion (ECF No. 7) and the

8    response (ECF No. 12) are styled as "in the alternative for summary judgment," and contain

9    multiple arguments and voluminous exhibits.  Accordingly, to permit Defendant sufficient time

10   to reply to the response and exhibits thereto, the parties stipulate to permit the Defendant

11   until March 31, 2021 to reply to the response. (*See also* LR 7-2(b) (14 days to reply for

12   MSJ).)

13   Current deadline:                    March 23, 2021

14   Proposed deadline:                   March 31, 2021

15 

16   DATED this 18th day of March 2021.          DATED this 18th day of March 2021.

17   LIPSON NEILSON P.C.                          LAW OFFICE OF TERRI KEYSER-COOPER

18

19   By*:     /s/ Peter E. Dunkley*              By*:  /s/  Terri H. Keyser-Cooper*
     JOSEPH P. GARIN, ESQ.                        TERRI H. KEYSER-COOPER, ESQ.
     Nevada Bar No. 6653                          Nevada Bar No. 3984
20   JESSICA A. GREEN, Esq.                       125 Edgewater Parkway
     Nevada Bar No. 12383                         Reno, NV 89519
21   PETER E. DUNKLEY, ESQ.                       (775) 337-0323
     Nevada Bar No.11110
22   9900 Covington Cross Drive, Suite 120        *Attorney for Plaintiff Diana Franklin*
     Las Vegas, Nevada 89144
23   (702) 382-1500

24   *Attorneys for Defendant Engineering Support
     Personnel, Inc*

25                                          **IT IS SO ORDERED**

26

27                                          _____
                                            UNITED STATES DISTRICT JUDGE

28
                                            DATED: March 18, 2021.

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512