**LIPSON NEILSON P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA FRANKLIN,<br><br>        Plaintiffs,<br>vs.<br><br>ENGINEERING SUPPORT PERSONNEL, INC.<br><br>        Defendants.<br>_____ | Case No: 3:20-cv-00698-RCJ-WGC<br><br>**ORDER EXTENDING DEADLINE TO REPLY TO RESPONSE TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

    Defendant Engineering Support Personnel, Inc., by and through its counsel of record, the law offices of LIPSON NEILSON P.C., and Plaintiff, Diana Franklin, by and through her counsel of record, Terri Keyser-Cooper, hereby submit this Stipulation and Proposed Order pursuant to LR IA 6-1 and states as follows:

/ / /

/ / /

/ / /

/ / /

ESP filed a motion to dismiss or in the alternative, for summary judgment, on February 22, 2021 (ECF No. 7). The e-filing response deadline is set for March 8, 2021 (ECF No. 7). Because the motion is styled as "in the alternative for summary judgment," to permit Plaintiff sufficient time to respond, the parties stipulated to extend the response time from March 8, 2021 to March 29, 2021 (ECF No. 11).

Plaintiff filed a response on March 16, 2021 (ECF No. 12). The court's automatically generated deadline to reply was 3/23/2021. Both the initial motion (ECF No. 7) and the response (ECF No. 12) are styled as "in the alternative for summary judgment," and contain multiple arguments and voluminous exhibits. Accordingly, to permit Defendant sufficient time to reply to the response and exhibits thereto, the parties stipulate to permit the Defendant until March 31, 2021 to reply to the response. (*See also* LR 7-2(b) (14 days to reply for MSJ).)

Current deadline:		March 23, 2021

Proposed deadline:		March 31, 2021

| | |
|---|---|
| DATED this 18th day of March 2021. | DATED this 18th day of March 2021. |
| LIPSON NEILSON P.C. | LAW OFFICE OF TERRI KEYSER-COOPER |
| By: /s/ Peter E. Dunkley<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN, Esq.<br>Nevada Bar No. 12383<br>PETER E. DUNKLEY, ESQ.<br>Nevada Bar No.11110<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>(702) 382-1500<br><br>*Attorneys for Defendant Engineering Support Personnel, Inc* | By: /s/ Terri H. Keyser-Cooper<br>TERRI H. KEYSER-COOPER, ESQ.<br>Nevada Bar No. 3984<br>125 Edgewater Parkway<br>Reno, NV 89519<br>(775) 337-0323<br><br>*Attorney for Plaintiff Diana Franklin* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 18, 2021.

**LIPSON NEILSON P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512