# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA FRANKLIN, | Case No: 3:20-cv-00698-RCJ-WGC |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| ENGINEERING SUPPORT PERSONNEL, INC. | |
| Defendants. | |

    Defendant Engineering Support Personnel, Inc., and Plaintiff Diana Franklin, by and through their respective attorneys of record, Peter E. Dunkley, Esq., and Terri Keyser-Cooper, Esq., **HEREBY STIPULATE AND AGREE**, pursuant to Fed. R. Civ. P. 41(a)(2), and pursuant to the terms in the Settlement Agreement, which the parties have executed, the complaint shall be dismissed, ***with prejudice***, each party bearing their own costs and attorney fees.

| | |
|---|---|
| DATED this 20th day of August 2021.<br><br>LIPSON NEILSON P.C.<br><br>*Peter E. Dunkley*<br>By:_____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN, Esq.<br>Nevada Bar No. 12383<br>PETER E. DUNKLEY, ESQ.<br>Nevada Bar No.11110<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>(702) 382-1500<br><br>*Attorneys for Defendant Engineering Support Personnel, Inc* | DATED this 20th day of August 2021.<br><br>LAW OFFICE OF TERRI KEYSER-COOPER<br><br>*Terri H. Keyser-Cooper*<br>By:_____<br>TERRI H. KEYSER-COOPER, ESQ.<br>Nevada Bar No. 3984<br>125 Edgewater Parkway<br>Reno, NV 89519<br>(775) 337-0323<br><br>*Attorney for Plaintiff Diana Franklin* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 23, 2021.